IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| SILVIA GLADYS CANTU, | § | |
| INDIVIDUALLY AND AS NEXT | § | |
| FRIEND OF P.A.C., A CHILD | § | |
|    *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-66 |
| | § | |
| KATHERINE GARZA | § | |
|    *Defendant* | § | |

## DEFENDANT'S NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Defendant **KATHERINE GARZA** and files this Notice of Removal and respectfully shows the Court the following:

### I.  STATE-COURT ACTION

1.1  The above-styled cause was initially brought in the 293rd District Court, Maverick County, Texas. The state-court action is styled:  Cause No. 19-08-37770-MCV; *Silvia Gladys Cantu, Individually and as Next Friend of P.A.C., a Child.*

1.2  Plaintiff demanded a jury trial in the state-court action.

1.3  Defendant Garza was served with the state-court Petition on September 28, 2019.

1.4  Defendant Garza filed her Original Answer in state-court on October 9, 2019.

### II.  PARTIES

2.1  Plaintiff Silvia Gladys Cantu, Individually and as Next Friend of P.A.C., a Child is a citizen of the State of Texas.

2.2  Defendant Katherine Garza is a citizen of the State of Illinois.

### III. JURISDICTION

3.1 This Court has jurisdiction over the subject matter of this cause, pursuant to 28 U.S.C. § 1332, because this is a civil action in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. *See* 28 U.S.C. § 1332(a)(1).

3.2 Plaintiff affirmed in her Original Petition that she is seeking monetary relief over $100,000.00, but not more than $2,000,000.00. Therefore, the amount-in-controversy requirement is satisfied.

3.3 The complete-diversity-of-citizenship requirement is satisfied because Plaintiff is a citizen of the State of Texas, whereas Defendant is a citizen of the State of Illinois.

3.4 Accordingly, this cause is removable pursuant to 28 U.S.C. §§ 1441.

### IV. VENUE

4. Venue is proper in the United States District Court, Western District of Texas, Del Rio Division because the events giving rise to the claim occurred in Eagle Pass, Maverick County, Texas. *See* 28 U.S.C. § 1391(b)(2).

### V. TIMELINESS

5. Defendant was served with process and Plaintiff's Original Petition on September 28, 2019. Thirty days have not elapsed since Defendant was served with process. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is timely and proper.

## VI.     ATTACHMENTS

6.1     Accompanying this Notice of Removal is a copy of all process, pleadings, and orders served upon Defendant in the state-court action, in accordance with 28 U.S.C. § 1446, identified and incorporated herein as Exhibit "1."

6.2     Additionally, and pursuant to Local Rule CV-3(a), a completed Civil Cover Sheet is attached and incorporated herein as Exhibit "2."

## VII.    CONDITIONS PRECEDENT

7.      Defendant has tendered the filing fee to the Clerk of the United States District Court for the Western District of Texas, Del Rio Division, along with the original Notice of Removal. A copy of this Notice of Removal is also being filed in the 293rd District Court of Maverick County, Texas, and all counsel of record are being provided with complete copies.

## VIII.   PRAYER

8.      Accordingly, Defendant **KATHERINE GARZA** respectfully prays that this action be removed to the United States District Court, Western District of Texas, Del Rio Division.

        Respectfully submitted,

        **CURNEY, FARMER, HOUSE,**
        **OSUNA & JACKSON, P.C.**
        411 Heimer Road
        San Antonio, Texas 78232-4854
        Telephone: (210) 377-1990
        Facsimile: (210) 377-1065

    By:     /s/ Nicholas A. Parma
        **Edward L. Osuna**
        State Bar No. 15339460
        eosuna@cfholaw.com
        **Nicholas A. Parma**
        State Bar No. 24007807
        nparma@cfholaw.com
      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing has been served on the following through the electronic filing manager, by mail, by commercial delivery service, by fax, by email, or by such other manner as directed by the court on the 18th day of October, 2019.

    Oscar A. Garza
    Alberto Rodriguez
    The Law Firm of Oscar A. Garza, PLLC
    545 Quarry Street
    Eagle Pass, Texas  78852
    *Attorneys for Plaintiff*

                                        /s/ Nicholas A. Parma
                                  **Edward L. Osuna / Nicholas A. Parma**

## CITATION BY MAILING

THE STATE OF TEXAS

TO: KATHERINE GARZA / 15711 CENTRAL PARK AVENUE, MARKHAM, ILLINOIS 60428, OR WHEREVER SHE CAN BE FOUND

Defendant, in the hereinafter styled and numbered cause:

### NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."
You are hereby commanded to appear before the 293rd Judicial District of the city of Eagle Pass, Texas, County of Maverick by filing a written answer to the Plaintiffs' Original Petition of the Plaintiff at or before 10:00 a.m. of the Monday next after the expiration of twenty days after the date of service hereof, a copy of which accompanies the Citation, in the Cause Number 19-08-37770-MCV, styled SILVIA GLADYS CANTU ETAL VS KATHERINE GARZA filed in said court on August 20, 2019.
Plaintiff is represented by ALBERTO RODRIGUEZ whose address is 545 QUARRY ST. EAGLE PASS, TX 78852 830-757-2424. ISSUED AND GIVEN UNDER MY HAND AND SEAL of said court at this office on this the Twenty fourth day of September, 2019.

Leopoldo Vielma, Clerk
District Clerk, Maverick County, Texas
500 Quarry St Suite 5
Eagle Pass, TX 78852

By: _____
Deputy

### OFFICER'S RETURN BY MAILING

Came to hand on the _____ day of _____, A.D 20____, and executed to the Defendant certified mail, return receipt requested to wit restricted delivery a true and correct copy of this citation together with an attached copy of Plaintiff's Petition to the following address:

_____
Defendant                                    Address

Service upon the Defendant is evidenced by the return receipt incorporated herein and attached hereto, signed by _____ and dated _____.
*Citation was not served despite the following use of diligence to execute service by the officer or person authorized to execute this citation: _____
_____.
Citation was not executed because _____
Defendant may be found at: _____
To certify which witness my hand officially. _____

_____ County, Texas
By: _____ Deputy
Fee for serving Citation: $_____

**EXHIBIT "1"**

Electronically Filed at
8/20/2019 11:22 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lizeth Perez, Deputy

CAUSE NO. 19-08-37770-MCV

| | | |
|---|---|---|
| SILVIA GLADYS CANTU, INDIVIDUALLY AND AS NEXT FRIEND OF P.A.C., A CHILD, Plaintiffs | § § § § § | IN THE DISTRICT COURT |
| VS. | § § | 293RD JUDICIAL DISTRICT |
| KATHERINE GARZA Defendant | § § § | MAVERICK COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, SILVIA GLADYS CANTU, INDIVIDUALLY AND AS NEXT FRIEND OF P.A.C., A CHILD, hereinafter referred to as Plaintiffs, complaining of KATHERINE GARZA, hereinafter referred to as Defendant, and for their cause of action would respectfully show unto the Court and Jury as follows:

### Discovery Control Plan

1.0 Plaintiffs, SILVIA GLADYS CANTU, INDIVIDUALLY AND AS NEXT FRIEND OF P.A.C., A CHILD, hereby intend to conduct discovery under Level 2 of the Texas Rules of Civil Procedure. Plaintiffs seeks monetary relief in an amount exceeding $100,000.00 but not more than $200,000.00.

### Introduction

2.0 Plaintiffs, are residents of Eagle Pass, Maverick County, Texas.

2.1 Defendant, KATHERINE GARZA, is a resident of Markham, Cook County, Illinois, and may be served with service of process by certified mail, return receipt requested, at her place of residence located at 15711 Central Park Avenue, Markham, Illinois 60428, or wherever she can be found.

Filed at 08/20/2019 12:00:00 AM Leopoldo Vielma, District Clerk
Maverick County, Texas    BY _____ DEPUTY
PETITION                    1180661

**EXHIBIT "1"**

Electronically Filed at
8/20/2019 11:22 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lizeth Perez, Deputy

### Venue Facts

3.0 Plaintiffs are maintaining this cause of action in Eagle Pass, Maverick County, Texas because the incident which is the subject matter of this lawsuit occurred in Maverick County, Texas. Plaintiffs are further maintaining this cause of action in Maverick County, Texas pursuant to section 15.002 (a)(1) and (a)(2) of the Texas Civil Practice and Remedies Code.

### Classification

4.0 Plaintiffs are bringing this cause of action against the named Defendant for personal and bodily injuries caused by an incident which occurred on or about August 1, 2018, in Eagle Pass, Maverick County, Texas. All conditions precedent have been satisfied.

### Background Information

5.0 On or about August 1, 2018, Plaintiff, SILVIA GLADYS CANTU, was driving and Plaintiff P.A.C. was a passenger in a 2011 white Chevrolet Silverado. The Plaintiffs were stationary facing eastbound on the 1600 block of E. Main Street. The Defendant, KATHERINE GARZA, was driving a 2014 black Nissan Murano, and was traveling directly behind the Plaintiffs. All of a sudden, the Defendant he violently and unexpectedly crashed into Plaintiff's vehicle from the rear, causing injuries to Plaintiffs SILVIA GLADYS CANTU AND P.A.C.

### Negligent Actions

6.0 On the occasion in question, Defendant, KATHERINE GARZA, operated a 2014 black Nissan Murano in a negligent manner, in that she violated the duty which she owed Plaintiffs, SILVIA GLADYS CANTU AND P.A.C., to exercise ordinary care in the operation of a motor vehicle in one or more of the following respects:

    a.    In failing to keep such lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

**EXHIBIT "1"**

Electronically Filed at
8/20/2019 11:22 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lizeth Perez, Deputy

b. In failing to timely apply the brakes to his vehicle in order to avoid the collision in question;

c. In failing to take proper evasive action and avoid the collision in question;

d. In failing to control the speed of his vehicle to avoid the collision in question;

e. In failing to maintain attention while driving, as a reasonable prudent person would have done;

f. In driving his vehicle in willful or wanton disregard for the safety of other persons in violation of §545.401 and 545.152 of the Texas Transportation Code, which constitutes negligence and negligence per se.

6.1 Plaintiffs would further show that the above and foregoing acts were separate and distinct acts of negligence and that they are the direct and proximate cause of the incident in question and the Plaintiff's resultant injuries will be more accurately described herein below.

6.2 Each of these acts and omissions, singularly or in combination with such other acts and omissions constituted negligence and negligence per se which proximately caused the accident made the basis of this lawsuit, and the damages and injuries suffered by the Plaintiffs.

### Damages of Silvia Gladys Cantu

7.0 As a result of the collision made the basis of this action, Plaintiff, SILVIA GLADYS CANTU has suffered physical pain and mental anguish. In all reasonable probability, she will continue to suffer such physical pain and mental anguish for a long time into the future, if not for the balance of her natural life.

7.1 As a further result of the Defendant's negligence, Plaintiff, SILVIA GLADYS CANTU has been caused to incur reasonable and necessary medical expenses in the past and in all probability, will continue to so incur reasonable and necessary medical expenses in the future.

**EXHIBIT "1"**

Electronically Filed at
8/20/2019 11:22 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lizeth Perez, Deputy

7.2   Plaintiff, SILVIA GLADYS CANTU, would further show that as a result of the injuries she sustained due to the Defendants' negligence, she has suffered physical impairment in the past and in all reasonable probability, she will continue to so suffer physical impairment in the future.

7.3   Plaintiff would further show that she has been unable to perform her regular household chores and/or services due to the Defendant's negligence and thus, Plaintiff hereby sues said Defendant for her loss of household chores and/or services.

7.4   Plaintiff would further show that she has been unable to perform her regular work activities due to the Defendant's negligence and thus, Plaintiff hereby sues said Defendant for her loss of wages and loss of wage-earning capacity.

7.5   Plaintiff would further show that due to the accident made the basis of this lawsuit her vehicle was damaged; Plaintiff, SILVIA GLADYS CANTU, hereby sues said Defendant for the costs associated with the repair, and loss of use of the vehicle.

### Damages of P.A.C.

8.0   As a result of the collision made the basis of this action, Plaintiff, P.A.C., has suffered physical pain and mental anguish. In all reasonable probability, she will continue to suffer such physical pain and mental anguish for a long time into the future, if not for the balance of her natural life.

8.1   As a further result of the Defendants' negligence, Plaintiff, P.A.C., has been caused to incur reasonable and necessary medical expenses in the past and in all probability, will continue to so incur reasonable and necessary medical expenses in the future.

8.2   Plaintiff, P.A.C., would further show that as a result of the injuries she sustained due to the Defendant's negligence, she has suffered physical impairment in the past and in all reasonable probability, she will continue to so suffer physical impairment in the future.

**EXHIBIT "1"**

Electronically Filed at
8/20/2019 11:22 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lizeth Perez, Deputy

8.3 Plaintiff would further show that she has been unable to perform her regular household chores and/or services due to the Defendant's negligence and thus, Plaintiff hereby sues said Defendant for her loss of household chores and/or services.

8.4 Plaintiff would further show that she has been unable to perform her regular work activities due to the Defendants' negligence and thus, Plaintiff hereby sues said Defendants for her loss of wages and loss of wage-earning capacity.

### Pre-Judgment and Post-Judgment Interest

9.0 Plaintiffs further allege that they are entitled to recover pre-judgment and post-judgment interest at the legal rate as provided for by the case of Cavnar v. Quality Control Parking, Inc., 696 S.W.2d 549, (Tex. 1985) and by Section 304 of the Texas Finance Code.

9.1 By reason of all of the above and foregoing elements, Plaintiffs, SILVIA GLADYS CANTU AND P.A.C. have suffered losses and damages in a sum that far exceed the minimum jurisdictional limits of this Court and for which they hereby sue said Defendant.

### Request for Disclosure

10.0 Pursuant to Rule 194 of the Texas Rules of Civil Procedure Defendant herein is required to Disclosure to Plaintiff within (50) days of service of this request the information or material described in Rule 194.2 to be produced to Attorney for Plaintiff, Alberto Rodriguez, 545 Quarry Street, Eagle Pass, Texas 78852, Facsimile number 830-757-2525.

### Courtesy Notice

11.0 Upon receipt of this lawsuit, please forward to your insurance carrier. Under most insurance policies you are entitled to a FREE Defense of this lawsuit. To help protect your assets and obtain a FREE defense, you must ask the insurance carrier to assign you a Defense attorney.

**EXHIBIT "1"**

Electronically Filed at
8/20/2019 11:22 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lizeth Perez, Deputy

## Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiffs hereby request that Defendant be cited to appear and answer herein, and that on final trial hereof, Plaintiffs have and recover the following:

1. Judgment against Defendant for a sum in excess of the minimum jurisdictional limits of the Court, with interest at the legal rate as prescribed by law;

2. Pre-judgment and post-judgment interest at the prevailing legal rate as provided by law and by statute;

3. Costs of suit; and

4. Such other and further relief, both general and special at law and in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

The Law Firm of Oscar A. Garza, P.L.L.C.
545 Quarry Street
Eagle Pass Texas 78852
Telephone (830) 757-2424
Facsimile (830) 757-2525

/s/ Alberto Rodriguez
OSCAR A. GARZA
State Bar No. 24040960
ALBERTO RODRIGUEZ
State Bar No. 24061265
ATTORNEYS FOR PLAINTIFFS

## Demand for Jury Trial

Plaintiffs hereby respectfully request a trial by jury.

/s/ Alberto Rodriguez
Alberto Rodriguez

**EXHIBIT "1"**

Case 2:19-cv-00066   Document 1   Filed 10/18/19   Page 12 of 14

Electronically Filed at
10/9/2019 10:57 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Cynthia Soto, Deputy

CAUSE NO: 19-08-37770-MCV

| | | |
|---|---|---|
| SILVIA GLADYS CANTU, INDIVIDUALLY AND AS NEXT FRIEND OF P.A.C., A CHILD<br>*Plaintiffs*<br><br>v.<br><br>KATHERINE GARZA<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br><br><br>293RD JUDICIAL DISTRICT<br><br>MAVERICK COUNTY, TEXAS |

### DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, **KATHERINE GARZA,** in the above-entitled cause, and files this Original Answer and in support thereof would show the Court as follows:

### I.

### ORIGINAL ANSWER

Defendant denies each and every allegation of Plaintiffs' Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court enter order and judgment in favor of the Defendant. Defendant further pleads for recovery of all court costs, attorney's fees, and such other and further relief as Defendant may be justly entitled to, at law or in equity.

w:\wdox\clients\2608\0616\01152822.docx

**EXHIBIT "1"**

Case 2:19-cv-00066 Document 1 Filed 10/18/19 Page 13 of 24

Electronically Filed at
10/9/2019 10:57 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Cynthia Soto, Deputy

Respectfully submitted,

**CURNEY, FARMER, HOUSE, OSUNA & JACKSON, P.C.**
411 Heimer Road
San Antonio, Texas 78232-4854
Telephone: (210) 377-1990
Facsimile: (210) 377-1065

By: _____
Edward L. Osuna
State Bar No. 15339460
Email: eosuna@cfholaw.com

*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following through the electronic filing manager, by mail, by commercial delivery service, by fax, by email, or by such other manner as directed by the court on the 9th day of October, 2019.

Oscar A. Garza
Alberto Rodriguez
The Law Firm of Oscar A. Garza, PLLC
545 Quarry Street
Eagle Pass, Texas 78852
*Counsel for Plaintiffs*

_____
Edward L. Osuna

w:\wdox\clients\2608\0616\01152822.docx

**EXHIBIT "1"**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
SILVIA GLADYS CANTU, INDIVIDUALLY AND AS NEXT FRIEND OF P.A.C., A CHILD

### DEFENDANTS
KATHERINE GARZA

**(b)** County of Residence of First Listed Plaintiff: **MAVERICK COUNTY, TX**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **COOK COUNTY, ILLINOS**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
The Law Firm of Oscar A. Garza, PLLC, Atty's Oscar A. Garza, Alberto Rodriguez, 545 Quarry Street, Eagle Pass, TX 78852, Tel: 830-757-2424

Attorneys *(If Known)*
Curney, Farmer, House, Osunsa & Jackson, PC, Atty Nicholas Parma, 411 Heimer Rd., San Antonio, TX 78232, Tel: 210-377-1990

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC § 1332
Brief description of cause:
Rear-end Collision

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ 
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 10/18/2019
SIGNATURE OF ATTORNEY OF RECORD: /s/ Nicholas A. Parma

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

**EXHIBIT "2"**